762 A.2d 656

MARIE RAYNOR, PLAINTIFF–PETITIONER,
v. GEORGE PATTERSON, M.D., ET AL.,
DEFENDANTS–RESPONDENTS.

November 16, 2000.

Certification is granted, and the judgment of the Appellate Division is summarily reversed, and the matter is remanded to that court for reinstatement of the notice of appeal and consideration of the appeal on the merits.